UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KAITLIN FLANNERY,

                                        Plaintiff,

        - against -

THE CITY OF ROCHESTER, a municipal entity, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,

                                        Defendants.

**NOTICE OF MOTION TO PARTIALLY DISMISS THE AMENDED COMPLAINT**

Case no: 6:22-cv-6062

---

Defendant City of Rochester ("City") moves this Court pursuant to FED. R. CIV. P. 12(b)(6) to dismiss for failure to state a claim for relief the first, sixth, ninth, tenth, and eleventh causes of action in Plaintiff's complaint.

In support of this motion, the Court is referred to the Declaration of Peachie L. Jones, Esq., with exhibit attached, and the Memorandum of Law, all submitted herewith and made part of this motion. The City reserves the right to file a reply memorandum of law within fourteen days of Plaintiff's filing any opposition to this motion.

Date: February 8, 2022

                                              LINDA KINGSLEY
                                              CORPORATION COUNSEL

                                              By: _____
                                              Peachie L. Jones, Esq., Of Counsel
                                              30 Church Street, Room 400A
                                              Rochester, NY 14614
                                              (585) 428-7992
                                              Peachie.Jones@CityofRochester.gov
                                              *Counsel for Defendant City of Rochester*

To:    Elliot Dolby Shields, *Co-counsel for Plaintiff*
ROTH AND ROTH LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 425-1020 | eshields@rothandrothlaw.com

Donald Thompson, *Co-counsel for Plaintiff*
EASTON THOMPSON KASPEREK SHRIFFIN
16 West Main Street, Suite 243
Rochester, NY 14614
(585) 423-8290 | dmthompson@etksdefense.com

Maria E. Rodi
MONROE COUNTY LAW DEPARTMENT
307 County Office Building
39 West Main Street
Rochester, NY 14614
(585) 753-1495 | MariaRodi@MonroeCounty.gov
*Counsel for Co-Defendants Todd Baxter and County of Monroe*