UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

KAITLIIN FLANNERY

                             Plaintiff(s),

                             ***MEDIATION CERTIFICATION***

                             6:22 - cv - 06062

                        v.

THE CITY OF ROCHESTER, et al.,

                             Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

✓ Mediation session was held on ___4/24/23___.

    ☐ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ✓ ***Case has not settled.*** Mediation will continue on ___06/23/2023___.

    ☐ ***Case has not settled.*** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

***Date:*** 04/26/2023                         ***Mediator:*** /S/ Carol E. Heckman

***Additional Comments:***
A conference call is scheduled to commence at 2:00 p.m.